Lewis Jubran, Esq. (SBN 337336 )
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hassan Ismael; Sarah Alobaidi; Lyan Saad,** | Case No.: |
| Plaintiffs, | |
| vs. | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |
| **United States Department of Homeland Security; United States Citizenship and Immigration Services; Los Angeles Asylum Office; David Radel,** Director of the Los Angeles Asylum Office; **Alejandro Mayorkas**, Secretary, Department of Homeland Security; **Ur M. Jaddou**, Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** Associate Director of Refugee, Asylum, and International Operations; **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate; **Christopher A. Wray,** Director of Federal Bureau of Investigations | |
| Defendants. | |

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 1

## **INTRODUCTION**

1.  This action is brought by Plaintiffs Hassan Ismael, Sarah Alobaidi and Lyan Saad by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to schedule an interview for an I-589 Application for Asylum and for Withholding of Removal.

2.  On May 19, 2016, Plaintiff Hassan Ismael submitted an I-589 Application for Asylum and Withholding of Removal.   The case was received and processed by the Defendant Los Angeles Asylum Office.   **(Exhibit A- I-589 Application for Asylum and Withholding of Removal)**.

3.  On May 26, 2016, Plaintiffs were instructed that they had to appear at the local Application Support Center between May 28, 2016 and June 11, 2016 to have their biometric information captured.   Plaintiffs did present themselves at the designated location between the designated dates and their biometric information was successfully captured.  **(Exhibit B – Fingerprint Notification)**.

4.  Since Plaintiff Hassan Ismael's case was received by Defendant Los Angeles Asylum Office, he has received absolutely no communications whatsoever from Defendants about when the asylum cased will be scheduled for an interview.

5.  Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over six

years. Plaintiffs seek to compel Defendants, through a writ of mandamus, to schedule the

asylum interview for the pending I-589 Application for Asylum and Withholding of Removal.

**PARTIES**

6.  Plaintiff HASSAN ISMAEL is a citizen of Iraq and filed his I-589 Application for

Asylum and Withholding of Removal on May 19, 2016.

7.  Plaintiff SARAH ALOBAIDI is a citizen of Iraq and is the spouse of Plaintiff Hassan

Ismael and is listed as a derivative applicant on his I-589 Application of Asylum and

Withholding of Removal.   Plaintiff LYAN SAAD is the child of Plaintiffs Hassan Ismael and

Sarah Alobaidi and is also listed as a derivative applicant on her father's I-589 Application of

Asylum and Withholding of Removal.

8.  Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY

(hereinafter "DHS") is an agency of the United States government involved in the acts

challenged, employs the officers named as defendants, and includes the U.S. Citizenship and

Immigration Services and the Los Angeles Asylum Office, and officers named as defendants in

this complaint.

9.  Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

(hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing

the Los Angeles Asylum Office and officers named as defendants in this Complaint.

10. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum

Office") is an office within USCIS and the federal agency with direct authority and responsibility

to adjudicate Plaintiffs' asylum application.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 3

11. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum office.  This suit is brought against Director Radel in his official capacity, as he is charged overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

12. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security.  This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

13. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's asylum application.  This suit is brought against Director Jaddou in his official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

14. Defendant TED H. KIM (hereinafter "Associate Director Higgins") is the Associate Director of Refugee, Asylum, and International Operations.  This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Office, and requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

15.  Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate.  This suit is

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

brought against Associate Director Emrich in his official capacity, as he supervises all USCIS

staff who review asylum applications to ensure that immigration benefits are not granted to

individuals who pose a threat to national security or public safety, or who seek to defraud the

immigration system. Certain applications must be reviewed by the Fraud Detection and National

Security Directorate before their final adjudication. Upon information and belief, USCIS has not

adjudicated Plaintiffs' asylum application because the Fraud Detection and National Security

Directorate has never completed its review.

16. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of

the Federal Bureau of Investigations. This suit is brought against Director Wray in his official

capacity, as he is responsible for overseeing the background checks involved with immigration

matters.

## JURISDICTION

17. The Administrative Procedure Act recognizes a right of judicial review for any person

"suffering legal wrong because of an agency action or aggrieved or adversely affected by such

action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal

wrong and continues to suffer because of the Defendants' failure to act upon the pending Asylum

application for indefinite periods of time.

18. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204,

Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the

Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the

Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 5

Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

19. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted."

## VENUE

20. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiffs reside in Bakersfield, California, which is located in the Eastern District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

**21.** Plaintiffs have no administrative remedies. Since Plaintiff Hassan Ismael submitted his I-589 Application for Asylum and Withholding of Removal, he has received no correspondence or communications whatsoever from Defendant USCIS nor Defendant Los Angeles Asylum Office about how much longer he will have to wait for the pending asylum application to be called for an interview. There are no administrative remedies for neglect of duty.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

## **CAUSE OF ACTION**

22. Pursuant to 8 U.S.C. §1158, Plaintiff Hassan Ismael filed an Application for Asylum and Withholding of Removal on May 19, 2016.   Since he submitted his I-589 Application for Asylum and Withholding of Removal, he has received no further communication or information from Defendants about when his asylum interview will be scheduled.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25.  Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii).  It has been over six years since Plaintiff Hassan Ismael submitted his I-589 Application for Asylum and Withholding of Removal and his case has still not been scheduled for an interview.

26.  Plaintiffs have no adequate remedy at law and will continue to suffer irreparable harm if the asylum case is not scheduled for an interview.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiffs' claim in this action is clear and certain. Plaintiffs reallege paragraphs 1 through 28, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to schedule an interview for the pending I-589 Application for Asylum and Withholding of Removal.

30. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

a. Plaintiffs have been irreparably damaged from the fear of not knowing what will happen with the asylum case for over six years. Plaintiffs have been constantly hoping to have the case scheduled for an interview so that they could move on with their lives. Because of the long wait and unknowing, Plaintiffs are enduring significant psychological damage.

b. The delay is causing irreparable harm to Plaintiffs who are not able to continue with their lives in the United States without fear of returning to Iraq, a country where they will more likely than not be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Hassan Ismael's asylum application,

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

32. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Hassan Ismael's I-589 Application for Asylum and Withholding of Removal and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

34. Plaintiff Hassan Ismael has attempted to learn about the status of his pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office is able to make decisions on the scheduling of an interview for the pending I-589 Application(s) for Asylum and Withholding of Removal, leaving no adequate remedy. Accordingly, Plaintiff Hassan Ismael has been forced to pursue the instant action.

**PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.   Accept jurisdiction and maintain continuing jurisdiction of this action;

    b.   Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Hassan Ismael's asylum application by scheduling an asylum interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Hassan Ismael's Withholding of Removal application by scheduling an asylum interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such other relief at law and in equity as justice may require.

Dated this January 27, 2023                    Respectfully Submitted,

/s/ Lewis Jubran

Lewis Jubran, Esq.
Counsel for Plaintiffs

**EXHIBIT A**

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

I-589, Application for Asylum
and for Withholding of Removal

Case 1:23-cv-00128-JLT-CDB   Document 1   Filed 01/27/23   Page 12 of 29

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.**

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☐

## Part A.I. Information About You

| **1.** Alien Registration Number(s) (A-Number) (*if any*) | | **2.** U.S. Social Security Number (*if any*) |
|---|---|---|

| **3.** Complete Last Name | **4.** First Name | **5.** Middle Name |
|---|---|---|
| Ismael | Hassan | Saad |

**6.** What other names have you used (*include maiden name and aliases*)?

**7.** Residence in the U.S. (*where you physically reside*)

| Street Number and Name | | Apt. Number |
|---|---|---|
| 115 E. 3rd St. | | 402 |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Pamona | CA | 91766 | ( 951 ) 4637071 |

**8.** Mailing Address in the U.S. (*if different than the address in Item Number 7*)

| In Care Of (*if applicable*): | Telephone Number |
|---|---|
| | ( ) |

| Street Number and Name | Apt. Number |
|---|---|

| City | State | Zip Code |
|---|---|---|

| **9.** Gender: ☒ Male ☐ Female | **10.** Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed |
|---|---|

| **11.** Date of Birth (*mm/dd/yyyy*) | **12.** City and Country of Birth |
|---|---|
| 05/16/1980 | Baghdad Iraq |

| **13.** Present Nationality (*Citizenship*) | **14.** Nationality at Birth | **15.** Race, Ethnic, or Tribal Group | **16.** Religion |
|---|---|---|---|
| Iraqi | Iraqi | White | Islam |

**17.** Check the box, a through c, that applies: **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**18.** Complete 18 a through c.

**a.** When did you last leave your country? (*mmm/dd/yyyy*) 03/22/2016 **b.** What is your current I-94 Number, if any?

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry.* (Attach additional sheets as needed.)

| Date 03/22/2016 | Place Los Angeles | Status B1B2 Visitor | Date Status Expires 10/04/2016 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| **19.** What country issued your last passport or travel document? | **20.** Passport Number A9948467 | **21.** Expiration Date (*mm/dd/yyyy*) |
|---|---|---|
| Iraq | Travel Document Number | 06/09/2023 |

| **22.** What is your native language (*include dialect, if applicable*) | **23.** Are you fluent in English? ☒ Yes ☐ No | **24.** What other languages do you speak fluently? |
|---|---|---|
| Arabic | | none |

| **For EOIR use only.** | **For USCIS use only.** | **Action:** Interview Date: _____ Asylum Officer ID#: _____ | **Decision:** Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

## Part A.II. Information About Your Spouse and Children

**Your spouse**          ☐ I am not married. *(Skip to* **Your Children** *below.)*

| **1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* A7524673 | **3.** Date of Birth *(mm/dd/yyyy)* 04/29/1983 | **4.** U.S. Social Security Number *(if any)* |
|---|---|---|---|
| **5.** Complete Last Name Alobaidy | **6.** First Name Sarah | **7.** Middle Name Dawood | **8.** Maiden Name Salman |
| **9.** Date of Marriage *(mm/dd/yyyy)* 06/25/2007 | **10.** Place of Marriage Amman,Jordan | **11.** City and Country of Birth Baghdad, Iraq | |
| **12.** Nationality *(Citizenship)* Iraqi | **13.** Race, Ethnic, or Tribal Group White | **14.** Gender ☐ Male  ☒ Female | |

**15.** Is this person in the U.S.?
☒ Yes *(Complete Blocks 16 to 24.)*  ☐ No *(Specify location):*

| **16.** Place of last entry into the U.S. Los Angeles | **17.** Date of last entry into the U.S. *(mm/dd/yyyy)* 03/22/2016 | **18.** I-94 Number *(if any)* | **19.** Status when last admitted *(Visa type, if any)* Visitor B1B2 |
|---|---|---|---|
| **20.** What is your spouse's current status? Visitor | **21.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* 10/04/2016 | **22.** Is your spouse in Immigration Court proceedings? ☐ Yes  ☒ No | **23.** If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |

**24.** If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III.,* **Information about your background.***)*

☒ I have children.  Total number of children: 1

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| **1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* A5397971 | **3.** Marital Status *(Married, Single, Divorced, Widowed)* Single | **4.** U.S. Social Security Number *(if any)* |
|---|---|---|---|
| **5.** Complete Last Name Saad | **6.** First Name Lyan | **7.** Middle Name Hassan | **8.** Date of Birth *(mm/dd/yyyy)* 11/17/2009 |
| **9.** City and Country of Birth Baghdad, Iraq | **10.** Nationality *(Citizenship)* Iraqi | **11.** Race, Ethnic, or Tribal Group White | **12.** Gender ☐ Male  ☒ Female |

**13.** Is this child in the U.S. ?  ☒ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| **14.** Place of last entry into the U.S. Los Angeles | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* 03/22/2016 | **16.** I-94 Number *(If any)* | **17.** Status when last admitted *(Visa type, if any)* B1B2 |
|---|---|---|---|
| **18.** What is your child's current status? Visitor | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* 10/04/2016 | **20.** Is your child in Immigration Court proceedings? ☐ Yes  ☒ No | |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| Part A.II. Information About Y   Spouse and Children (Continued) | | | |

**1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Marital Status *(Married, Single, Divorced, Widowed)* | **4.** U.S. Social Security Number *(if any)*

**5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)*

**9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender ☐ Male ☐ Female

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

**14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **16.** I-94 Number *(If any)* | **17.** Status when last admitted *(Visa type, if any)*

**18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? ☐ Yes ☐ No

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

---

**1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Marital Status *(Married, Single, Divorced, Widowed)* | **4.** U.S. Social Security Number *(if any)*

**5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)*

**9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender ☐ Male ☐ Female

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

**14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **16.** I-94 Number *(If any)* | **17.** Status when last admitted *(Visa type, if any)*

**18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? ☐ Yes ☐ No

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

---

**1.** Alien Registration Number (A-Number) *(if any)* | **2.** Passport/ID Card Number *(if any)* | **3.** Marital Status *(Married, Single, Divorced, Widowed)* | **4.** U.S. Social Security Number *(if any)*

**5.** Complete Last Name | **6.** First Name | **7.** Middle Name | **8.** Date of Birth *(mm/dd/yyyy)*

**9.** City and Country of Birth | **10.** Nationality *(Citizenship)* | **11.** Race, Ethnic, or Tribal Group | **12.** Gender ☐ Male ☐ Female

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

**14.** Place of last entry into the U.S. | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)* | **16.** I-94 Number *(If any)* | **17.** Status when last admitted *(Visa type, if any)*

**18.** What is your child's current status? | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | **20.** Is your child in Immigration Court proceedings? ☐ Yes ☐ No

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

3

**Part A.III. Information About Your Background**

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| C123 Kavar City | Irbil | Irbil | Iraq | 01/10 | 03/16 |

2. Provide the following information about your residences during the past 5 years.  List your present address first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 153 E. 3rd St apt 402 | Pamona | CA | USA | 03/16 | present |
| C123 Kavar City | Irbil | Irbil | Iraq | 01/10 | 03/16 |
| | | | | | |
| | | | | | |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| AL Mansoor | Primary | Baghdad Iraq | 09/86 | 06/92 |
| AL Mansoor | Intermediate | Baghdad Iraq | 09/92 | 06/95 |
| AL Mansoor | Secondary | Baghdad Iraq | 09/95 | 06/98 |
| College of Pharmacy | pharmacy | Baghdad Iraq | 09/98 | 06/03 |

4. Provide the following information about your employment during the past 5 years.  List your present employment first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| Novarist Pharmacy Beirut,Lebanon | first line sales manager | 01/11 | 03/16 |
| | | | |
| | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Eman Yousif | Babylon Iraq | ☐ Deceased Dubai UAE |
| *Father* Saad Ismael | Baghdad Iraq | ☐ Deceased Dubai UAE |
| *Sibling* Hani Saad | Baghdad Iraq | ☐ Deceased Dubai UAE |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

4

**Part B. Information About Your application**

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

| | | | |
|---|---|---|---|
| ☒ | Race | ☐ | Political opinion |
| ☐ | Religion | ☐ | Membership in a particular social group |
| ☐ | Nationality | ☒ | Torture Convention |

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No     ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

> In March of 2004 a group of armed militias attacked our home with bullets while inside a toyota camry. This was only for the reason that we were shiite and they were sunni.

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No     ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

> I cannot return home or I will face certain,horrible death in the hand of those militias that still want me dead. I cannot return home not only for my life,but the lives of my wife and daughter.

**Part B. Information About Your Application** (Continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

[X] No        [ ] Yes

If "Yes," explain the circumstances and reasons for the action.

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

[X] No        [ ] Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

[X] No        [ ] Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

[ ] No        [X] Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

My family and I will face kidnapping,torture,and death in the hands of those thugs who harmed us and still want me dead.

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

[X] No          [ ] Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

[ ] No          [X] Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

[ ] No          [X] Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

> When I was working in an American hospital in Dubai I received temporary residence for work only until my job was finished then after that they did not renew it and I had to leave the country.

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

[X] No          [ ] Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

**Part C. Additional Information About Your Application (Continued)**

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

[X] No          [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

[X] No          [ ] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

[X] No          [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

> Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Hassan Saad Ismael | حسّان سعد إسماعيل |

Did your spouse, parent, or child(ren) assist you in completing this application?   ☒ No   ☐ Yes *(If "Yes," list the name and relationship.)*

| (Name) | (Relationship) | (Name) | (Relationship) |
|---|---|---|---|
| | | | |

Did someone other than your spouse, parent, or child(ren) prepare this application?   ☒ No   ☐ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☒ No   ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

[ _signature_ ]

Sign your name so it all appears within the brackets

05/16/2016

Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer | | |
|---|---|---|---|
| Daytime Telephone Number<br>(          ) | Address of Preparer: Street Number and Name | | |
| Apt. Number | City | State | Zip Code |



| A-Number *(If available)* | Date |
| --- | --- |
| Applicant's Name | Applicant's Signature |

## List All of Your Children, Regardless of Age or Marital Status
**NOTE:** *Use this form and attach additional pages and documentation as needed, if you have more than four children.*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
| --- | --- | --- | --- |
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
| --- | --- | --- | --- |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
| --- | --- | --- | --- |
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
| --- | --- | --- | --- |
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application?  *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

## Additional Information About Your Claim to Asylum

| A-Number *(if available)* | Date |
|---|---|
| | |
| Applicant's Name | Applicant's Signature |
| | |

**NOTE:** *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

**Part** _____

**Question** _____

# Declaration

$ 11407 85

My name is Hassan Saad Ismael and I was born in Baghdad, Iraq on May 16, 1980. I am a muslim from a shiite sect. I finished my schooling until I graduated from college, majoring in pharmacy. In 2003 after the war started and my country was left in chaos with no actual authority to govern, a civil war started between the shia and sunni sects. Different groups of militia had took control, putting themselves in charge and started attacking all over Baghdad. The phony Iraqi government had no power to defend its citizens. So from then on kidnapping, raping, murdering, stealing, and attacking of holy buildings became a daily routine. Wifes raped, parents seeing their children being murdered so they can get their demands out of them, and properties were taken over. My family was so peace loving, minding nobody's business but our own. The problem was we were living in a predominantly sunni neighborhood where we had many friends. One day in August of 2004 our home was attacked by a group of armed men driving a toyota while we were home. The car started shooting at our house, showering us with bullets. We hid as fast as we could under all of our furniture until they finally left because the neighbors heard the commotion. They thought we were all injured or killed but luckily we all came out alive and well. This was because they had not actually entered our house as a first time warning. My father said we must leave to save our lives. He called his good friend in Dubai and told him what happened. My father's friend told him to go to Dubai and he would help him get a job so we can get back on our feet. So my father went then later sent for me and my mother to go. We left september of 2004, leaving my aunt to take care of the house while she lived there alone. I was on a residential visa and could not find work in Dubai because I did not get my pharmaceutical license until 2005. Before I got my license I took trips back and forth from Dubai to Amman, Jordan. So every time I went back I could renew my tourist visa to stay in Dubai. Finally in 2006 I found work in an American hospital. I

12

worked there until the end of 2009. During this time in March of 2007 our home in Baghdad was attacked again by the militias to kill us but only found my aunt and shot her dead. They destroyed everything in the house before leaving her dead body lying outside the front door. During my trip to Amman in June of 2007 I got married there and lost my job in Dubai along with the temporary residence. That is when I started to seek employment elsewhere. I called my Kurdish friend in Arbil. He promised to help me find work there. So in 2010 I traveled to Kurdistan from Amman,leaving my wife and my daughter behind. I applied almost everywhere in Arbil but was rejected due to the fact that I was Arab until I was finally hired as a medical representative at a local pharmacy called Al Wafa but lasted only 6 months. I then got a job with an international company with their base in Dubai called Novortis) as a first line sales manager. During this time I sent for my daughter and wife to come to Arbil. I asked my headquarters for my residency back in Dubai so I could take my family and go work there while living safely but they turned me down. Now back in Arbil their situation is very bad ever since Isis took over Sinjar and slaughtered the Yazidis. The Kurds started hating all Arabs. They despised us. We couldn't go out anywhere without being harassed so my Kurdish friend advised us to keep a low profile but I still continued to go to work,in fear of course but I still proceeded to work. One day when I left my house to go to work I found my car completely destroyed. The windows shattered,tires slashed,and body damaged. This incident made me move me and my family to a new home in a gated community. The Kurdish regional government passed laws not allowing places to be rented to Arabs,vehicles sold to them,and did not let them leave Arbil. It is now the end of 2015 and I cannot get the company to get my residency back in the UAE. They would only give residency to people working in Dubai while the Kurdish government was pushing us to leave Kurdistan. So I applied for tourist visa for me and my family to come to the U.S. Our visas were approved in October of 2015 but I was not financially able to travel at the time so I had to wait for my pay to come from the company. Once I received the money we traveled and arrived in the U.S March 22,2016. Since I am not able to go back to Iraq to face those

13

savages that are waiting to torture and kill me,I am applying for asylum here so we can live in peace. I want to raise my children without fearing for our lives. I am a pharmacist seeking even higher education to work hard and build a good future for my family. I would like to contribute with my education and skills to this great society. My dream is to be granted and pursue my American dream.


Thank you,

Hassan Ismael
Pamona,CA


May 16,2016

14

**EXHIBIT B**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | NOTICE DATE May 25, 2016 |
|---|---|---|
| CASE TYPE I589    Application For Asylum | | USCIS A# A 209 084 501 |
| RECEIPT NUMBER ZLA1600098740 | RECEIVED DATE May 19, 2016    PRIORITY DATE May 19, 2016 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SARAH DAWOOD ALOBAIDI
115 E 3 ST 402
PHILLIPS RANCH CA 91766



ƖlƖıııılƖƖlııƖlıɪılƖlɪ

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS POMONA 435 W. MISSION BLVD SUITE 110 POMONA CA 917661601 | 05/28/2016 to 06/11/2016 | Sat - Sun  Closed Mon - Fri 8am-3pm |

ASC SITE CODE
BIOMETRICS DATE    MAY 31 2016
ON
FINGERPRINTS TAKEN BY/DATE    MAY 31 2016

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY |
|---|---|
| |  |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  07/11/14 Y

Department of Homeland Security
U.S. Citizenship and Immigration Service

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | | | NOTICE DATE<br>May 25, 2016 |
|---|---|---|---|
| Fingerprint Notification | | | |
| CASE TYPE<br>I589     Application For Asylum | | | USCIS A#<br>A 209 084 502 |
| RECEIPT NUMBER<br>ZLA1600098750 | RECEIVED DATE<br>May 19, 2016 | PRIORITY DATE<br>May 19, 2016 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
LYAN HASSAN SAAD
115 E 3 ST 402
PHILLIPS RANCH CA 91766



|ɪdᴀᴍᴍᴜ||ᴛᴀ.ᴍ.ᴅᴜ||.ᴍ

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

|  | | **Hours of Operation** |
|---|---|---|
| **Address** | **14-Day Period** | **CLOSED ON FEDERAL HOLIDAYS** |
| USCIS POMONA | 05/28/2016 | Sat - Sun  Closed |
| 435 W. MISSION BLVD | to | Mon - Fri 8am-3pm |
| SUITE 110 | 06/11/2016 | |
| POMONA CA 917661601 | | |

*ASC SITE CODE:*
*BIOMETRICS QA REVIEW*
*XL-13*
*MAY 31 2016*
*910659*   *ON*
*TENPRINTS QA REVIEW BY*

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring** photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY |
|---|---|



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.            Form I-797C  07/11/14  Y

16

**Department of Homeland Security**
U.S. Citizenship and Immigration Service

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | **NOTICE DATE**<br>May 25, 2016 |
|---|---|---|---|
| **CASE TYPE**<br>I589    Application For Asylum | | | **USCIS A#**<br>A 209 084 500 |
| **RECEIPT NUMBER**<br>ZLA1600098730 | **RECEIVED DATE**<br>May 19, 2016 | **PRIORITY DATE**<br>May 19, 2016 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
HASSAN SAAD ISMAEL
115 E 3 ST 402
PHILLIPS RANCH CA 91766



‖₁‖‖‖‖‖‖‖‖‖‖‖‖‖

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | **Hours of Operation**<br>**CLOSED ON FEDERAL HOLIDAYS** |
|---|---|---|
| USCIS POMONA<br>435 W. MISSION BLVD<br>SUITE 110<br>POMONA CA 917661601 | 05/28/2016<br>to<br>06/11/2016 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice.  **If you do not bring this letter, you will not be able to have your fingerprints taken.  This may cause a delay in the processing of your application and your eligibility for work authorization.**  You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID.  If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity.  **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY |
|---|---|



17